```
BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RIGOBERTO TORRES-CONTRERAS, <br><br> Defendant. | CASE NO. 2:11-cr-00378 JAM <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME PERIODS UNDER THE SPEEDY TRIAL ACT** |

Plaintiff United States of America ("government") and defendant, by and through their respective counsel, hereby stipulate as follows:

1. By prior order, the Court set this matter for status conference to take place on October 16, 2012, and time was excluded through October 16, 2012, pursuant to Excludable Delay Code ("Local Code") T4.

2. The parties had anticipated that the forthcoming status conference would be converted into a change of plea and sentencing proceeding. However, the parties require time to further research and address issues raised by the recently received Pre-Plea Advisory Guideline Presentence Investigation Report ("Pre-Plea Report") in

1

1 | this case.
2 | 3. By this stipulation, defendant moves to continue the status
3 | conference until **November 6, 2012 at 9:45 a.m.**, and to exclude time
4 | pursuant to Local Code T4.  The government does not oppose this
5 | request.
6 | 4. The parties agree and stipulate, and request that the Court
7 | find, as follows:
8 |     a. The parties represent that they recently received the
9 | Pre-Plea Report prepared in this case, which raised issues requiring
10 | further review, research, and discussion.
11 |    b. Defendant's counsel desires additional time to consult
12 | with his client, review the Pre-Plea Report, and review the Pre-Plea
13 | Report with his client.
14 |    c. Defendant's counsel believes that failure to grant the
15 | above-requested continuance would deny him the reasonable time
16 | necessary for effective preparation, taking into account the exercise
17 | of due diligence.
18 |    d. The government does not object to the continuance.
19 |    e. Based on the above-stated findings, the ends of
20 | justice served by continuing the case as requested outweigh the
21 | interest of the public and the defendant in a trial within the
22 | original date prescribed by the Speedy Trial Act.
23 |    f. For the purpose of computing time under the Speedy
24 | Trial Act, 18 U.S.C. §§ 3161 et seq., within which trial must
25 | commence, the time period from October 16, 2012, through and
26 | including November 6, 2012, is deemed excludable pursuant to 18
27 | U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], because it results
28 | from a continuance granted by the Court at defendant's request on the

basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: October 15, 2012       /s/ Nirav K. Desai

                                          NIRAV K. DESAI
                                          Assistant U.S. Attorney

DATED: October 15, 2012       /s/ Jeffrey Staniels
                                          (as authorized on Oct. 15, 2012)

                                          JEFFREY STANIELS
                                          Counsel for Defendant

## ORDER

The parties' stipulation, including the proposed findings, is HEREBY APPROVED.

IT IS SO FOUND AND ORDERED.

DATED: October 15, 2012       /s/ John A. Mendez

                                          HON. JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE